# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 26, 2009**

| | | |
|---|---|---|
| 28891, 28910 | A.F.H., In re | Affirmed |
| 29066 | D.D., In re | Affirmed |
| 29065 | L.D., In re | Affirmed |

**January 27, 2009**

| | | |
|---|---|---|
| 29140, 29144 | T.W-R., In re | Affirmed |
| 28858 | United Public Workers, AFSCME, Local 646, AFL-CIO, In re | Affirmed |

**January 28, 2009**

| | | |
|---|---|---|
| 28214, 28215 | Keliipuleole v. Rutt | Vacated and Remanded with Instructions |

**January 30, 2009**

| | | |
|---|---|---|
| 28177 | Blessman v. Blessman | Affirmed |

**February 6, 2009**

| | | |
|---|---|---|
| 28845 | 1000 Friends of Kauai v. Department of Transp. | Affirmed |

**February 9, 2009**

| | | |
|---|---|---|
| 28949 | State v. Hartmann | Affirmed |

**February 11, 2009**

| | | |
|---|---|---|
| 28971 | State v. Luka | Vacated and Remanded |

**February 12, 2009**

| | | |
|---|---|---|
| 28809 | Napeahi v. State | Affirmed |

**February 13, 2009**

| | | |
|---|---|---|
| 28985 | Lau v. Signature Cab Holdings, Inc. | Affirmed |